**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH BUCCHOLZ, *et al.*, ) | |
| ) | CASE NO. 1:12-cv-3119 |
| Plaintiffs, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| BALDWIN WALLACE UNIVERSITY, ) | **JUDGMENT ENTRY** |
| *et al.*, ) | |
| Defendant. ) | |

Consistent with the Memorandum Opinion and Order filed this date, because this Court lacks subject-matter jurisdiction, the case is remanded to the Cuyahoga County Common Pleas Court.

IT IS SO ORDERED.

s/ Greg White
United States Magistrate Judge

Dated: March 14, 2013